# FILED

10/16/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0517

## IN THE SUPREME COURT OF
## THE STATE OF MONTANA

### Supreme Court Cause No. DA 24-0517

SHERRI FROST,

      Plaintiff/Appellee,

      v.

KEVIN R. FROST and FROST
RANGHING CORPORATION,

      Defendants/Appellants.

## ORDER GRANTING EXTENSION

On Appeal from the Montana Twenty-First Judicial District Court,
Ravalli County, The Honorable Jason Marks Presiding

APPEARANCES:

Murry Warhank
Erin M. Lyndes
JACKSON, MURDO & GRANT, P.C.
203 North Ewing
Helena, MT 59601
Ph: (406) 442-1300
mwarhank@jmgattorneys.com
elyndes@jmgattorneys.com

*Counsel for Defendant/Appellant/Cross-Appellee Kevin R. Frost*

Curt Drake
Patricia Klanke
Drake Law Firm, P.C.
111 N. Last Chance Gulch, Suite 3J
Helena, MT 59601
Ph: (406) 495-8080
curt@drakemt.com
patricia@drakemt.com

*Counsel for Frost Ranching Corporation, Defendant, Cross-Appellee*

Nicole L. Siefert
Matt Rossmiller
Siefert & Wagner, PLLC
1135 Strand Avenue, Suite A
Missoula, MT 59801
Ph: (406) 226-2552
nicole@swl.legal
matt@swl.legal

*Counsel for Plaintiff/Appellee/Cross-Appellant Sherri Frost*

1 – ORDER GRANTING EXTENSION

Upon consideration of Appellant/Cross-Appellee Kevin Frost's unopposed motion for a thirty-day extension of time to file his Response Brief, and good cause appearing therefor,

Appellant/Cross-Appellee Kevin Frost's motion is hereby GRANTED. Appellant/Cross-Appellee Kevin Frost has until December 2, 2024, to file his Opening Brief in this matter.

ELECTRONICALLY SIGNED AND DATED BELOW.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
October 16 2024